JUDGE SCHOFIELD

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MSC MEDITERRANEAN SHIPPING COMPANY HOLDING S.A. )<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>FORSYTH KOWNACKI LLC, and )<br>MICHAEL KOWNACKI )<br>)<br>)<br>*Defendant(s)* ) | **16 CV 8103**<br><br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Kownacki
35 Island Road
Mahwah, New Jersey 07430-1215 (Bergen County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam H. Offenhartz, Anne Champion
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
aoffenhartz@gibsondunn.com, achampion@gibsondunn.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: _____10/17/2016_____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Michael Kownacki__
was received by me on *(date)* __10/19/16__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Elaine Kownacki;__
__Member of Household__, a person of suitable age and discretion who resides there,
on *(date)* __10/19/16 at 7:20 pm__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
__Served at 35 Island Rd., Mahwah, NJ 07430__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/27/16__

_____
*Server's signature*

__Thomas Bowting, Process Server__
*Printed name and title*

__1359 Littleton Rd.__
__Morris Plains, NJ 07950__
*Server's address*

Additional information regarding attempted service, etc: